United States District Court
Southern District of Texas
**ENTERED**
October 28, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | |
| § | **CRIMINAL NUMBER C-21-569** |
| § | |
| **GUSTAVO VERA-VICO** § | |

## ORDER

On this date came to be considered Defendant's Motion for Extension of Time to File Notice of Appeal, and the Court is of the opinion that said Motion is meritorious and shall be, and is hereby, **GRANTED**.

It is therefore **ORDERED** that Notice of Appeal be filed no later than **November 12, 2021**.

10/28/2021

_____
HONORABLE JUDGE NELVA GONZALES-RAMOS
UNITED STATES DISTRICT JUDGE